# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TINA CARPENTER, et al.** | ) |
| | ) |
| Plaintiffs, | ) Case No. 1:13-cv-00077-MBC |
| | ) |
| v. | ) |
| | ) |
| **DIMA S.L., et al.** | ) |
| | ) |
| Defendants. | ) |

COMES NOW before me the parties' Joint Motion to Stay these proceedings pending resolution of the motion before the Judicial Panel on Multidistrict Litigation requesting transfer of this case for coordinated pretrial management pursuant to 28 U.S.C. § 1407. It is hereby ordered that the Motion is granted and the proceedings in this case be stayed pending resolution of the motion before the Judicial Panel on Multidistrict Litigation.

IT IS ORDERED that this case is stayed.

IT IS SO ORDERED.

Dated: *November 20, 2013*                          *[signature]*
                                                                       The Honorable Maurice B. Cohill, Jr.
                                                                       United States District Judge